Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Hammond Division

FILED
OCT 05 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case No. **2:20CV357**
(to be filled in by the Clerk's Office)

Paul T. Matthews, Sr.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Laura Kelly; Laura Howard; Kaylene Brin for
Sunflower Child Support Services; Stephanie Petrie;
Roger Davis

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paul T. Matthews, Sr |
| Address | 528 N Cline Ave |
| City | Griffith |
| State | IN |
| Zip Code | 46319 |
| County | Lake |
| Telephone Number | 314-941-6240 |
| E-Mail Address | p.t.matthews@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Laura Kelly |
| Job or Title (if known) | Governor |
| Address | 300 SW 10th Ave. Ste 241 S |
| City | Topeka |
| State | KS |
| Zip Code | 66612-1590 |
| County | Shawnee |
| Telephone Number | 785-296-3232 |
| E-Mail Address (if known) | |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Laura Howard |
| Job or Title (if known) | Secretary of the Department of Children and Families |
| Address | 555 S Kansas Ave |
| City | Topeka |
| State | KS |
| Zip Code | 66603 |
| County | Shawnee |
| Telephone Number | (785) 296-3271 |
| E-Mail Address (if known) | |

☒ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Kaylene Brin for Sunflower Child Support Services, LLC
- Job or Title (if known): Resident Agent of the named corporation
- Address: 205 E 7th Street Suite 400A
- City: Hays   State: KS   Zip Code: 67601
- County: Ellis
- Telephone Number: 785-621-2521
- E-Mail Address (if known):
- ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
- Name: Stephanie Petrie
- Job or Title (if known): Contract Attorney; employee of Sunflower Child Support Service
- Address: 205 E 7th Street Suite 400A
- City: Hays   State: KS   Zip Code: 67601
- County: Ellis
- Telephone Number: 785-621-2521
- E-Mail Address (if known):
- ☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment; 5th Amendment; 6th Amendment; 7th Amendment; 14th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Ms. Petrie intentionally left out exculpatory financial records as they relate to direct payments of child support to further a personal and professional financial interest. Further, on 8/25/2020 committed perjury when she went on record telling the judge in this case that no payment had been received since May of 2020, in fact a tax offset was received by her agency on 7/6/2020. She used state law to garnish my wages but intentionally withheld evidence of an expulpatory nature from the local court.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Indiana and Kansas

B. What date and approximate time did the events giving rise to your claim(s) occur?

First occasion was 2016; continuing and still being litigated on this date (9/27/2020)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

This case comes as a result of Ms. Petrie - employed as a contract attorney by Sunflower Child Support Services lead by Kaylene Brin - citing "the Secretary of DCF's (KS) policy" preventing her from including bank records showing proof of direct payment of child support. This policy, if it exists, is in direct conflict with the following Kansas Statutes: Kansas Family Law Code-Revised § 23-36,307 (Duties of support enforcement agency) specifically "(b) (3) make a reasonable effort to obtain all relevant information, including information as to income and property of the parties; 23-36,316 (Special rules of evidence and procedure) specifically (c) A copy of the record of child support payments certified as a true copy of the original by the custodian of the record may be forwarded to a responding tribunal. The copy is evidence of facts asserted in it, and is admissible to show whether payments were made; 23-3109 (Duty of obligee and public office to provide certain notices; records of support payments) specifically (c) The obligee or public office shall provide written notice to the court trustee or clerk of the court of any other support payments made, including but not limited to a setoff under federal or state law, a collection of unemployment compensation pursuant to K.S.A. 44-718, and amendments thereto, or a direct payment from the obligor.

The local judge in this case, Judge Weingart, has intentionally kept me from asking questions of Ms. Petrie regarding her behavior because he is certainly reluctant to have to take action against her. A formal complaint to the Office of the Disciplinary Administrator (ethics board of sorts) was all but ignored. To the extent the Roger Davis, a caseworker for the Kansas DCF actually said to me when I complained about this, "You can complain to the Office of the Disciplinary Administtrator all you want to, nobody cares."

All of these people should know that I am a disabled veteran and swore an oath to defend the Constitution of the United States of America against all enemies, foreign, and domestic. These are enemies of the constitution in the most basic form by using only the portions of the law they like and ignoring the rights of citizens they are sworn to serve.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries are are mostly psychological and my treatment has been rendered by a VA psychiatrist and a private psychologist. There are other injuries as they relate to FCRA violations by officials within the offices of DCF led by Laura Howard (Secretary of DCF) by direction of Governor Laura Kelly. I have been denied credit based on bad information provided to credit reporting agencies because of the violations of law cited earlier in this complaint. I have suffered insomnia, stress related heart problems, anxiety, depression, and list goes on and on.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking the following:

1. Immediate revocation of Stephanie Petrie's law license and permanent removal of her ability to practice law in the future; her actions are criminal and in direct conflict with the constitutions of the State of Kansas and the United States
2. I am asking the court to grant me ownership and controlling managerial interest of Sunflower Child Support Services, LLC;
3. Actual financial reimbursement of all excess monies wrongfully taken from me (amount to be determined after the money stops being taken);
4. Punitive damages in the amount of $1,000,000;
5. Pain and Suffering in the amount of $100,000,000.00 for the extensive financial hardship this has caused me as well as physical and emotional distress and pain; the annual budget of the agency in question has been at or above $600,000,000.00 annually since this has been done to me, I am asking for 16.7% of the agency's annual budget;
6. I am asking the court to mandate that Kansas DCF provide flyers and education for anyone paying child support to include the sections of law mentioned in this suit and provide a better system of redress for confronting rogue prosecutors that allows for immediate suspension of any collection activities until all matters of constitutionality and payment validity are addressed.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/27/2020

Signature of Plaintiff

Printed Name of Plaintiff   Paul T. Matthews, Sr

### B. For Attorneys

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
                                                                *City*               *State*      *Zip Code*

Telephone Number _____
E-mail Address _____