# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

PAUL T MATTHEWS, SR.

      Plaintiff

   v.

                                    **Civil Action No.  2:20-cv-357**

LAURA KELLY, *Governor; in her individual and official capacity*;
LAURA HOWARD, *Secretary of the Department of Children and Families; in her individual and official capacity*;
KAYLENE BRIN, *Sunflower Child Support Services, LLC, Resident Agent of the named corporation; in her individual/official capacity*;
STEPHANIE PETRIE, *Contract Attorney; Employee of Sunflower Child Support Service; in her individual and official capacity*; and
ROGER DAVIS, *in his individual and official capacity*

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Magistrate Judge John E. Martin on a Motion to Dismiss.

DATE: 4/21/2021                ROBERT N. TRGOVICH, CLERK OF COURT


                              by   s/ B. Scheumann _____
                              *Signature of Clerk or Deputy Clerk*